# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAAR JEROME WILLIAMS,

    Petitioner,

vs.

JACKIE CRAWFORD, et al.,

    Respondents.

Case No. 2:05-CV-00879-PMP-(GWF)

**ORDER**

The court stayed this action while petitioner pursued post-conviction remedies in state court. Order (#66). Petitioner has filed a motion to reopen (#67), and respondents do not oppose the motion (#69). Good cause appearing;

Good cause appearing;

    **IT IS THEREFORE ORDERED** that petitioner's motion to reopen (#67) is **GRANTED**. This action is **REINSTATED**.

    **IT IS FURTHER ORDERED** that respondents shall have forty-five (45) days from the date on which this order is entered to answer or otherwise respond to the second amended petition (#36). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

    DATED: July 25, 2011.

                                                        _____
                                                        PHILIP M. PRO
                                                        United States District Judge