# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAAR JEROME WILLIAMS,

    Petitioner,

vs.

JACKIE CRAWFORD, et al.,

    Respondents.

Case No. 2:05-CV-00879-PMP-(GWF)

**ORDER**

    Petitioner has submitted a motion for leave to file petitioner's opposition in excess of the page limit (#73).  Good cause appearing, the court grants this motion.

    IT IS THEREFORE ORDERED that the motion for leave to file petitioner's opposition in excess of the page limit (#73) is **GRANTED**.  Respondents shall have seven days from the date of entry of this order to file a reply.

    DATED:  November 8, 2011.

_____
PHILIP M. PRO
United States District Judge