# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAAR JEROME WILLIAMS,

    Petitioner,

vs.

JACKIE CRAWFORD, et al.,

    Respondents.

Case No. 2:05-CV-00879-PMP-(CWH)

**ORDER**

    Respondents having submitted a Second Unopposed Motion for Enlargement of Time to File Reply to Petitioner's Opposition to Motion to Dismiss Federal Habeas Petition (#79), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Second Unopposed Motion for Enlargement of Time to File Reply to Petitioner's Opposition to Motion to Dismiss Federal Habeas Petition (#79), is **GRANTED**.  Respondents shall have through **January 24, 2012**, to file and serve a reply to petitioner's opposition to the motion to dismiss (#74).

    DATED: December 23, 2011.

    _____
    PHILIP M. PRO
    United States District Judge