# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAAR JEROME WILLIAMS,

    Petitioner,

vs.

JACKIE CRAWFORD, et al.,

    Respondents.

Case No. 2:05-CV-00879-PMP-(CWH)

**ORDER**

    The court granted respondents' motion to dismiss (#72) in part, and the court directed respondents to file an answer. Order (#88). Respondents have filed a document titled "Motion to Dismiss Amended Petition" (#89). Respondents argue that the remaining grounds in the second amended petition (#36) are without merit. Respondents should have titled this document as an answer. To the extent that the document actually is a motion to dismiss, the court denies it. The court will construe the document as the answer and give petitioner the opportunity to file a reply.

    IT IS THEREFORE ORDERED that the motion to dismiss (#89), to the extent that it is a motion, is **DENIED**. The court construes the motion to dismiss as respondents answer, and petitioner shall have forty-five (45) days from the date of entry of this order to file and serve a reply.

    DATED: October 10, 2012

                                                    PHILIP M. PRO
                                                  United States District Judge