# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAAR JEROME WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>JACKIE CRAWFORD, et al.,<br><br>    Respondents. | Case No. 2:05-cv-00879-PMP-CWH<br><br>**ORDER** |

Petitioner having filed a motion for an enlargement of time in which to file a reply to respondent's answer (first request) (#91), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for an enlargement of time in which to file a reply to respondent's answer (first request) (#91) is **GRANTED**. Petitioner shall have through December 26, 2012, to file a reply.

DATED: November 29, 2012.

_____
PHILIP M. PRO
United States District Judge