UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMAAR JEROME WILLIAMS, | ) | |
| Petitioner, | ) | 2:05-cv-00879-APG-CWH |
| vs. | ) | **ORDER** |
| JACKIE CRAWFORD, *et al.*, | ) | |
| Respondents. | ) | |

On October 19, 2016, the United States Court of Appeals for the Ninth Circuit entered an order vacating this court's order dismissing petitioner's ineffective assistance claims under Grounds Two, Three(a), (b), and (c) and remanding the case so that this court can reconsider the procedural default of those claims in light of *Martinez v. Ryan*, 132 S.Ct. 1309 (2012). ECF No. 100. Specifically, the court of appeals directs this court to "evaluate whether further factual development is needed and determine whether [the underlying ineffective assistance of counsel] claims are substantial under the appropriate standard. *Id*. at 4.

In furtherance of the Ninth Circuit's mandate (ECF No. 101), this court shall entertain briefing with respect to the *Martinez* issue.

1  IT IS THEREFORE ORDERED that petitioner shall have 60 days from the date this order is entered within which to submit points and authorities and to proffer any evidence in support his claims under *Martinez*. Respondents shall thereafter have 45 days within which to respond to petitioner's submission. Petitioner shall have 30 within which to file a reply.

Dated this 16th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

2